THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC. | Civil Action No. 2:15-CV-311-MJP |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.; | NOTE ON MOTION CALENDAR: March 27, 2015 |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Local CR 7(d)(3), Defendants' previously filed Rule 12(c) Motion for Judgment on the Pleadings of Invalidity of both patents-in-suit (Dkt # 105) in the above action (transferred to this Court from the United States District Court for the Eastern District of Missouri on March 2, 2015) is hereby noted on the Court's calendar for March 27, 2015. That motion is based on the memorandum of law (Dkt # 106) filed on February 6, 2015 in the transferring court.

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS
(NO. 2:15-CV-311-MJP) — 1

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

DATED this 5th day of March, 2015.

                                      Respectfully Submitted,

                                      STOEL RIVES LLP

                                      /s/ Brian C. Park
                                      Brian C. Park, WSBA No. 25,584
                                      600 University Street, Suite 3600
                                      Seattle, WA 98101
                                      Telephone: (206) 386-7542
                                      Facsimile: (206) 386-7500
                                      Brian.Park@stoel.com


                                      FISCH SIGLER LLP

                                      Alan M. Fisch (*pro hac vice* pending)
                                      R. William Sigler (*pro hac vice* pending)
                                      Jeffrey M. Saltman (*pro hac vice* pending)
                                      Jennifer K. Robinson (*pro hac vice* pending)
                                      5355 Wisconsin Avenue NW
                                      Eighth Floor
                                      Washington, DC 20015
                                      Telephone: (202) 362-3500
                                      alan.fisch@fischllp.com
                                      bill.sigler@fischllp.com
                                      jeffrey.saltman@fischllp.com
                                      jennifer.robinson@fischllp.com

                                      David M. Saunders (*pro hac vice* pending)
                                      96 North Third Street
                                      Suite 260
                                      San Jose, CA 95112
                                      Telephone: (650) 362-8200
                                      david.saunders@fischllp.com

                                      Counsel for Defendants

                                      AMAZON.COM, INC. AND
                                      AMAZON WEB SERVICES, INC.

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS
(NO. 2:15-CV-311-MJP) — 2

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in the above case.

DATED at Seattle, Washington this 5th day of March, 2015.

*/s/ Melissa Wood/*
Melissa Wood
Practice Assistant

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS
(NO. 2:15-CV-311-MJP) — 3

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542