THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC. | Civil Action No. 2:15 -CV-311-MJP |
| Plaintiff, | **STIPULATED MOTION TO RENOTE PLAINTIFF'S MOTION TO AMEND COMPLAINT FOR AUGUST 14, 2015** |
| vs. | |
| AMAZON.COM, INC. AND AMAZON.COM WEB SERVICES, INC.; | Note for Motion: July 24, 2015 |
| Defendants. | |

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. and Plaintiff Appistry, Inc., respectfully submit this Stipulated Motion to Renote Plaintiff's Motion to Amend Complaint (Dkt. No. 210) for August 14, 2015.

1. The current noting date of Plaintiff's Motion to Amend Complaint is July 31, 2015.

2. The parties request a two week extension of the current noting date.

3. The extension is requested because the parties believe they are close to finalizing a joint stipulation that would resolve Appistry's motion to amend its complaint. The basic parameters of this forthcoming stipulation are that Appistry would seek leave, and Amazon will

STIPULATED MOTION TO RENOTE PLAINTIFF'S MOTION
TO AMEND COMPLAINT FOR AUGUST 14, 2015
(NO. 2:15 -CV-311-MJP)

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

1 consent, to file a revised amended complaint and, with the Court's approval, all aspects of the
2 case would be stayed pending resolution of a Rule 12 motion that Amazon would file seeking
3 to have the Court determine whether the two additional patents that Appistry adds to the case
4 claim patentable subject matter under 35 U.S.C. § 101.

5 This motion is not brought for purposes of delay, and no party will be prejudiced by this
6 motion. Appistry stipulates to the requested extension. The requested extension does not affect
7 any other date or deadline. The parties request that the Court grant this Stipulated Motion. A
8 proposed order is presented herewith.

## **ORDER**

10 THIS MATTER comes before the Court on the parties' Stipulated Motion to Renote
11 Plaintiff's Motion to Amend Complaint for August 14, 2015. Having considered the motion,
12 the Court finds and ORDERS as follows:

13 (1) The Stipulated Motion is GRANTED.

14 (2) The Clerk is directed to renote Plaintiff's Motion to Amend Complaint (Dkt. No.
15 210) for August 14, 2015.

17 DATED this __ day of _____, 2015.

19 HONORABLE MARSHA J. PECHMAN
United States District Court Chief Judge

STIPULATED MOTION TO RENOTE APPISTRY'S MOTION
TO AMEND COMPLAINT FOR AUGUST 14, 2015
(NO. 2:15 -CV-311-MJP) — 2

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542

|   |   |
|---|---|
| 1 | Presented by: |
| 2 | FISCH SIGLER LLP |
| 3 | /s/ R. William Sigler |
|   | Alan M. Fisch (*pro hac vice*) |
| 4 | R. William Sigler (*pro hac vice*) |
|   | Jeffrey M. Saltman (*pro hac vice*) |
| 5 | Jennifer K. Robinson (*pro hac vice*) |
|   | 5301 Wisconsin Avenue NW |
| 6 | Fourth Floor |
|   | Washington, DC 20015 |
| 7 | Telephone: (202) 362-3500 |
|   | alan.fisch@fischllp.com |
| 8 | bill.sigler@fischllp.com |
|   | jeffrey.saltman@fischllp.com |
| 9 | jennifer.robinson@fischllp.com |
| 10 | David M. Saunders (*pro hac vice*) |
| 11 | 96 North Third Street |
|   | Suite 260 |
| 12 | San Jose, CA 95112 |
|   | Telephone: (650) 362-8200 |
| 13 | david.saunders@fischllp.com |
| 14 | STOEL RIVES LLP |
| 15 | /s/ James W. Eidson |
|   | Brian C. Park, WSBA No. 25584 |
| 16 | Vanessa Soriano Power, WSBA No. 30777 |
| 17 | James W. Eidson, WSBA No. 45040 |
| 18 | 600 University Street, Suite 3600 |
|   | Seattle, WA  98101 |
| 19 | Telephone: (206) 386-7542 |
|   | Facsimile:  (206) 386-7500 |
| 20 | bcpark@stoel.com |
|   | jweidson@stoel.com |
| 21 | vanessa.power@stoel.com |
| 22 |   |
|   | Counsel for Defendants |
| 23 | AMAZON.COM, INC. AND |
|   | AMAZON.COM WEB SERVICES, |
| 24 | INC. |
| 25 |   |
| 26 |   |

STIPULATED MOTION TO RENOTE APPISTRY'S MOTION
TO AMEND COMPLAINT FOR AUGUST 14, 2015
(NO. 2:15 -CV-311-MJP) — 3

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

| | |
|---|---|
| 1 | LANE POWELL PC |
| 2 | /s/ Brian G. Bodine |
| | Brian G. Bodine, WSBA No. 22414 |
| 3 | bodineb@lanepowell.com |
| | Adriane M. Scola, WSBA No. 44478 |
| 4 | scolaa@lanepowell.com |
| | 1420 Fifth Avenue, Suite 4200 |
| 5 | P.O. Box 91302 |
| | Seattle, Washington 98111-9402 |
| 6 | Telephone: 206.223.7000 |
| | Facsimile: 206.223.7107 |
| 7 | |
| 8 | Anthony G. Simon, #38745 MO |
| | John G. Simon, #35231 MO |
| 9 | Benjamin R. Askew, #58933 MO |
| | Timothy D. Krieger, #57832 MO |
| 10 | Michael P. Kella, #64284 MO |
| | THE SIMON LAW FIRM, P.C. |
| 11 | 800 Market Street, Suite 1700 |
| | St. Louis, Missouri 63101 |
| 12 | Telephone:  314.241.2929 |
| | Facsimile:  314-241-2029 |
| 13 | asimon@simonlawpc.com |
| | jsimon@simonlawpc.com |
| 14 | baskew@simonlawpc.com |
| | tkrieger@simonlawpc.com |
| 15 | mkella@simonlawpc.com |
| 16 | |
| 17 | Robert T. Haar, #30044 MO |
| | Colleen O. Zern, #66349 MO |
| 18 | HAAR & WOODS, LLP |
| | 1010 Market St., Suite 1620 |
| 19 | St. Louis, Missouri 63101 |
| | Telephone:  314.241.2224 |
| 20 | Facsimile:  314.241.2227 |
| | roberthaar@haar-woods.com |
| 21 | czern@haar-woods.com |
| 22 | Counsel for Plaintiff |
| 23 | APPISTRY, INC. |
| 24 | |
| 25 | |
| 26 | |

STIPULATED MOTION TO RENOTE APPISTRY'S MOTION
TO AMEND COMPLAINT FOR AUGUST 14, 2015
 (NO. 2:15 -CV-311-MJP)  — 4

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

By: /s/ James W. Eidson
James W. Eidson, WSBA 45040

STIPULATED MOTION TO RENOTE APPISTRY'S MOTION
TO AMEND COMPLAINT FOR AUGUST 14, 2015
(NO. 2:15 -CV-311-MJP) — 5

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington 98101
(206) 386-7542