UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC, et al., <br><br> Defendants. | CASE NO. C15-311 MJP <br><br> ORDER DENYING MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to Amend Infringement Contentions. (Dkt. No. 192.) By its motion, Plaintiff seeks to accuse two additional Amazon systems of infringing on the patents-in-suit. (Id.) The Court, having already determined that the patents-in-suit are invalid under 35 U.S.C. § 101, finds that Plaintiff cannot establish good cause for amendment. This matter has been resolved, and no further amendments will be permitted. Plaintiff's motion is therefore DENIED.

/

/

/

1

2    The clerk is ordered to provide copies of this order to all counsel.

3

4    Dated this 27th day of July, 2015.

5

6

7    

        Marsha J. Pechman
8       Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR LEAVE TO
AMEND INFRINGEMENT CONTENTIONS- 2