1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10   APPISTRY, INC.,                              CASE NO. C15-311 MJP

11                       Plaintiff,              ORDER DENYING MOTION TO
                                                 AMEND
12          v.

13   AMAZON.COM INC, et al.,

14                       Defendants.

15

16          THIS MATTER comes before the Court on Plaintiff's Motion to Amend Complaint.

17   (Dkt. Nos. 210, 226.)  Having considered the Parties' briefing and the related record, the Court

18   DENIES the motion.  Judgment on the pleadings has been granted (Dkt. No. 213), no operative

19   complaint remains, and, therefore, there exists nothing to amend.  Furthermore, this case was

20   filed on December 20, 2013, and Plaintiff's motion to amend was not filed until July 8, 2015,

21   thirteen days after oral argument on Defendants' dispositive motion for judgment on the

22   pleadings; the Court considers this delay undue.  Accordingly, Plaintiff's Motion is DENIED.

23   The clerk is ORDERED to terminate all pending motions as moot, and to provide copies of this

24   order to all counsel.

1

2      Dated this 28th day of August, 2015.

3

4

5      _____
       Marsha J. Pechman
6      Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION TO AMEND- 2