THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,<br><br>            Defendant. | Case No. 2:15-cv-00311-MJP<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL TIMOTHY D. KRIEGER**<br><br>**NOTING DATE: MARCH 29, 2017** |

Having considered the Consent Motion To Withdraw Counsel Timothy D. Krieger as attorney of record for Plaintiff Appistry, LLC;

IT IS HEREBY ORDERED that this motion is granted and effective March 29, 2017, Timothy D. Krieger will no longer be listed as counsel of record for Plaintiff Appistry, Inc.

ORDER GRANTING WITHDRAWAL OF COUNSEL TIMOTHY
D. KRIEGER - 1
2:15-CV-00311-MJP

1  DATE: ___April 7, 2017_____

```
                                        [signature]
                                        Marsha J. Pechman
                                        United States District Judge
```

PRESENTED BY

**LANE POWELL PC**

By:  /s/ *Brian G. Bodine*
Brian G. Bodine, WSBA No. 22414
bodineb@lanepowell.com
Adriane M. Scola, WSBA No. 44478
scolaa@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Anthony G. Simon, #38745 MO
John G. Simon, #35231 MO
Benjamin R. Askew, #58933 MO
Michael P. Kella, #64284 MO
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone:  314.241.2929
Facsimile:  314-241-2029
**THE SIMON LAW FIRM, P.C.**
asimon@simonlawpc.com
jsimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonalwpc.com

Robert T. Haar, #30044 MO
Colleen O. Zern, #66349 MO
**HAAR & WOODS, LLP**
1010 Market St., Suite 162
St. Louis, Missouri 63101
Telephone:  314.241.2224
Facsimile:  314.241.2227
roberthaar@haar-woods.com
czern@haar-woods.com

*ATTORNEYS FOR PLAINTIFF APPISTRY, INC.*

ORDER GRANTING WITHDRAWAL OF COUNSEL TIMOTHY
D. KRIEGER - 2
2:15-CV-00311-MJP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of March 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James W. Edison<br>jwedison@stoel.com<br>Vanessa Soriano Power<br>Vannessa.power@stoel.com<br>Stoel Rives<br>600 University St., Ste. 3600<br>Seattle, WA 98101-3197 | Alan M. Fisch<br>Alan.Fisch@fischllp.com<br>David M. Saunders<br>David.saunders@fischllp.com<br>Jeffrey M. Saltman<br>Jeffrey.Saltman@fischllp.com<br>Jennifer K. Robinson<br>Jennifer.robinson@fischllp.com<br>R. William Sigler<br>Bill.Sigler@fischllp.com<br>Fisch Sigler, LLP<br>5335 Wisconsin Avenue, NW, Eighth Floor<br>Washington, DC 20015 |

Executed on the 29th day of March 2017, at Seattle, Washington.

*/s Nancy Slocum*
Nancy Slocum, Legal Assistant

129005.0001/6913540.1

ORDER GRANTING WITHDRAWAL OF COUNSEL TIMOTHY
D. KRIEGER - 3
2:15-CV-00311-MJP